**Order entered April 11, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01366-CR

### DAVID GARCIA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 1
### Dallas County, Texas
### Trial Court Cause No. F18-52886-H

## ORDER

Before the Court is court reporter Crystal R. Jones-Brown's April 10, 2019 first request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed within **THIRTY DAYS** of the date of this order.

/s/    LANA MYERS
       JUSTICE